James M. Mulcahy (SBN 213547)
*jmulcahy@mulcahyllp.com*
Filemon Carrillo (SBN 314220)
*fcarrillo@mulcahyllp.com*
**MULCAHY LLP**
Four Park Plaza, Suite 1230
Irvine, California 92614
Telephone: (949) 252-9377
Facsimile: (949) 252-0090

Attorneys for Plaintiff
BRONZED SUGAR, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRONZED SUGAR, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUGARED + BRONZED, LLC, a Maryland limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No.: 8:17-cv-01698-AG (KESx)<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint filed: Sept. 28, 2017 |

-1-

This stipulation is entered into by and between Plaintiff and Counter-Defendant Bronzed Sugar, LLC ("Plaintiff") and Defendant and Counter-Claimant Sugared + Bronzed, LLC ("Defendant," and collectively, the "Parties"), by and through counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Central District of California Local Rule 7-1.

Whereas, Plaintiff filed its Complaint [Dkt. No. 1] against Defendant on September 17, 2017;

Whereas, Defendant filed its Amended Counterclaim against Plaintiff on January 10, 2018;

Whereas, on January 30, 2019, the Parties participated in a mediation before The Honorable Magistrate Judge Karen E. Scott pursuant to this Court's order, [Dkt. No. 57];

Whereas, at the mediation, the Parties arrived at a full settlement agreement resolving this action (the "Settlement");

Whereas, the parties to the Settlement have agreed that any dispute concerning the enforcement of the Settlement shall be subject to the exclusive jurisdiction of the United States District Court for the Central District of California (the "Central District of California");

Whereas, the parties to the Settlement have agreed to be subject to the personal jurisdiction of the Central District of California in connection with any dispute concerning the enforcement of the Settlement; and

Whereas, the Settlement requires the parties to jointly dismiss this litigation with prejudice upon the certain actions that have now taken place;

Therefore, Plaintiff and Defendant hereby stipulate as follows:

1. Plaintiff's Complaint against Defendant is hereby dismissed in its entirety with prejudice;
2. Defendant's Counterclaim against Plaintiff is hereby dismissed in its entirety with prejudice.

Dated: 05/06/2019          **MULCAHY LLP**

By:    /s/ Filemon Carrillo
       Filemon Carrillo
       *Attorneys for Plaintiff/Counter-*
       *Defendant Bronzed Sugar, LLC*

Dated: 05/06/2019          **OFFIT KURMAN, P.A.**

By:    /s/ Angela Pallozzi
       Angela Pallozzi
       *Attorneys for Defendant/Counter-*
       *Claimant Sugared + Bronzed, LLC*